UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **EDCV 23-323-MWF(KKx)**                                Date:  April 17, 2023

Title        **Leticia Denise Perez v. Target Corporation, et al.**

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   On February 27, 2023, Defendant Target Corporation removed this action to this District.  (Docket No. 1).  The case was initially assigned to Judge Christina A. Snyder; it was transferred to this Court on February 28, 2023.  (Docket No. 8).  On March 1, 2023, the Court filed an Order Setting Scheduling Conference (the "Order").  (Docket No. 9).  The Order required the parties to file a Joint Rule 26(f) Report by March 20, 2023; a Scheduling Conference was set on April 3, 2023.  (*Id.*).

   On March 29, 2023, the Court filed another Order (the "Second Order"), noting that the Joint Rule 26(f) Report had not been filed, and vacating the Scheduling Conference.  (Docket No. 10).  The Second Order again required the parties to file a Joint Rule 26(f) Report; the deadline to do so was April 7, 2023.  The Joint Rule 26(f) Report has not been filed.

   Plaintiff is **ORDERED** to **SHOW CAUSE**, in writing, no later than **MAY 1, 2023** why this action should not be dismissed for failure to comply with this Court's Orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-323-MWF(KKx)**                                         Date:  April 17, 2023

Title            **Leticia Denise Perez v. Target Corporation, et al.**

      Defendant is **ORDERED** to **SHOW CAUSE**, in writing, no later than **MAY 1, 2023** why its Answer should not be stricken and default entered for failure to comply with this Court's Orders.

      Alternatively, the parties may file the required Joint Rule 26(f) Report, including a completed Schedule of Pretrial and Trial Dates Worksheet (Exhibit A to the Order) with agreed-upon dates, no later than **MAY 1, 2023.**

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  This Order to Show Cause will stand submitted upon the filing of the response.  *Plaintiff's failure to respond to the Order to Show Cause will result in dismissal of this action without prejudice. Defendant's failure to respond to the Order to Show Cause will result in the striking of Defendant's Answer and the immediate entry of default.*

      IT IS SO ORDERED.